Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED JUN 27 2024 BY MAIL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri
SAINT LOUIS DIVISION

| | |
|---|---|
| Terrance Turner | Case No. __:__-CV-_____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| "Alta Bates Medical Center" | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Terrance Turner |
   | Street Address | 45520 EAST SEVERN WAY, #410 |
   | City and County | STERLING |
   | State and Zip Code | VA, 20166 |
   | Telephone Number | (855) 365-1943 |
   | E-mail Address | Legal@ServiceZeroProfessionalServices.com |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: Alta Bates Medical Center, 2450 Ashby Avenue, Berkeley, CA 94705
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington DC 20530
Job or Title (if known): Federal Trade Commission
Street Address: 600 Pennsylvania Avenue NW, Washington, DC 20580
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: USSOCOM
Job or Title (if known): FBI
Street Address: CIA
City and County: Secret Service
State and Zip Code: IRS, SEC, DHS, BATF, NSA
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, The Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes, Negligence ~ Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241,
18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030,
18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349
Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Terrance Turner, is a citizen of the State of *(name)* Virginia.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* Terrance Turner, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Virginia.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* [N∧A], is a citizen of the State of *(name)* [N∧A]. Or is a citizen of *(foreign nation)* [N∧A].

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* [ N ∧ A ], is incorporated under the laws of the State of *(name)* [ N ∧ A ], and has its principal place of business in the State of *(name)* [ N ∧ A ].

Or is incorporated under the laws of *(foreign nation)* [ N ∧ A ], and has its principal place of business in *(name)* [ N ∧ A ].

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$8,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The victim was confined, and recaptured by EMS and brought back to the same hospital where it was forced to live in shit, and have its condition forcibly worsened over time, to the extent that it cannot walk and is paralyzed from the waist down and cannot walk and cannot stand. It could walk before the hospital visit. It cannot walk after. The victim was treated and received medical attention through individuals not wearing gloves or masks. The country is going through a process where humans are being turned into monsters, androids, cyborgs, robots, machines, other forms of alien species where their bodies are undergoing direct harm, through coordinated conspiracy assaults, and there is no way to stop these people from acting upon humans. No one is making it

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

through life without antagonistic physical resulting attacks of injury or degradation. People are being injured on purpose, intentionally to move them to request in their mind the ability to receive Korea Government transformation process. This is when the korea government comes into the room through nation state alien technology space technology and transforms humans in ways seen in Bionic Six, Captain Commando, Silverhawks, and other shows depicted in 1980s cartoons as fictional. These are government propaganda leaks, and they have done these things to me. They largely and only keep you, mindwiped and you are not aware of what you are doing at all. They keep you in service like a robot, a mindless robot, and I have been through this

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

personally, millions of times and in the away era, they have done this to me a lot. The secret life of humans on this planet and on this world of a space system, is that they walk around supposedly as if they are choosing but they are robot slaves beyond mind control and there is no asking to get out of the system. They take you. They give you instruction if you are conscious enough and you must obey. At some point in a system, they may have more interaction between bots and things, but that is small and minimal and some may be occurring now. No one is conscious. They are keeping people "out" and that is the term that I use in discussions with NSA and GCHQ about how this is happening. They are letting some humans out of control but that is minimal and upon choice

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/13/2024

Signature of Plaintiff

Printed Name of Plaintiff: Terrance Turner

### B. For Attorneys

Date of signing: 06/13/2024

Signature of Attorney

Printed Name of Attorney: Terrance Turner

Bar Number: FEDERAL BAR ASSOCIATION CIA FBI BAR 431170989

Name of Law Firm: Service Zero Professional Services

Street Address: ~

State and Zip Code: FAIRFAX, VA 20190

Telephone Number: (855) 365-1943

E-mail Address: Legal@ServiceZeroProfessionalServices.com